| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>NEBLETT, BEARD & ARSENAULT<br>2220 BONAVENTURE COURT<br>ALEXANDRIA, LA 71309<br>*Telephone No:* 318-487-9874  *FAX No:* 318-561-2591<br><br>*Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* JOHNNY CORNELIUS AND PATRICIA HAMMESFAHR
*Defendant:* PFIZER, INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1797 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. *Party served:*             PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   b. *Person served:*            MARGARET WILSON- PROCESS SPECIALIST

4. *Address where the party was served:*    818 WEST SEVENTH STREET
                                            LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 16, 2008 (2) at: 11:04AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:*  PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BENON DEMIRCHYAN                         d. *The Fee for Service was:*   $75.00
   b. **COUNTRYWIDE PROCESS, LLC**             e. I am: (3) registered California process server
      5437 LAUREL CANYON BLVD. #112               (i)   Independent Contractor
      VALLEY VILLAGE, CA 91607                    (ii)  Registration No.:       3929
   c. (818) 980-7378, FAX (818) 980-5358          (iii) County:                 Los Angeles
                                                  (iv)  Expiration Date:        Sat, Jun. 07, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Apr. 16, 2008

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | (BENON DEMIRCHYAN)<br>*200864629.nebars.65541* |
|---|---|---|