Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Johnny Cornelius v. Pfizer Inc., et al<br>08-CV-01797 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 29, 2009    By: _____

Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax

*Attorneys for Plaintiffs*

-1-

DATED: Jan. 26, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-